

## NUMBER 13-13-00231-CR

## COURT OF APPEALS

## THIRTEENTH DISTRICT OF TEXAS

## CORPUS CHRISTI - EDINBURG

MILTON GONZALEZ,                                                                    Appellant,

v.

THE STATE OF TEXAS,                                                                Appellee.

### On appeal from the 28th District Court
### of Nueces County, Texas.

## ORDER

### Before Chief Justice Valdez and Justices Perkes and Longoria
### Order Per Curiam[1]

On August 1, 2014, the Court issued an order directing court-appointed appellate

counsel for appellant to file a letter with the Court within ten days of the date of the order

---

[1] This case is before this Court on transfer from the Fifth Court of Appeals in Dallas pursuant to a docket-equalization order issued by the Supreme Court of Texas. *See* TEX. GOV'T CODE ANN. § 73.001 (West, Westlaw through 3d C.S. 2013).

certifying that she has complied with the requirements for an *Anders* case as recently articulated by the Texas Court of Criminal Appeals in *Kelly v. State*, No. PD-0702-13, 2014 WL 2865901, at *3 (Tex. Crim. App. June 25, 2014) (requiring that counsel "notify his client of the motion to withdraw and the accompanying *Anders* brief, providing him a copy of each"). More than ten days have elapsed, and counsel has not complied with the Court's order. Accordingly, at this time, the Court will not grant counsel's motion to withdraw.

The Court, having fully reviewed the record, the *Anders* brief, the motion to withdraw included in the *Anders* brief, and counsel's notice to appellant, is of the opinion that counsel has not met the requirements for an *Anders* case because counsel has failed to certify in writing that she has provided appellant with a copy of the *Anders* brief and motion to withdraw. *See id.* In every other respect, counsel appears to have met or exceeded the requirements for an *Anders* case. *See id.* However, the Court is of the opinion that counsel must provide appellant with a copy of the *Anders* brief and motion to withdraw and that counsel is required to notify the Court in writing that she has done so. Accordingly, counsel is ordered to notify the Court in writing within ten days of the date of this order that counsel has complied with the requirements for an *Anders* case by providing her client with a copy of the *Anders* brief and motion to withdraw filed in this cause. Should counsel require an extension of time to comply with this order, counsel shall request such an extension prior to the expiration of the deadline set forth herein.

It is so ORDERED.


PER CURIAM



Do not publish.
TEX. R. APP. P. 47.2(b).

Delivered and filed the
28th day of August, 2014.